IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CALVIN WEDINGTON,                )
                                 )
            Petitioner,           )
                                 )
      v.                         )      1:20CV227
                                 )
UNITED STATES OF AMERICA,        )
                                 )
            Respondent.           )

ORDER AND RECOMMENDATION

Petitioner, a federal prisoner housed at FMC Devens in Massachusetts, submitted a filing seeking an appointment of counsel to contest the location of his confinement. Little else can be gleaned from the filing, which contains what appear to be delusions, such as Petitioner having been sentenced by a judge who "had a marsupial like animal eating him from the inside out" and who died and was buried before being revived by doctors and veterinarians. Because it appears that petitioner attacks the execution and not the imposition of a sentence, his petition invokes § 2241, see Fontanez v. O'Brien, 807 F.3d 84, 87 (4th Cir. 2015) (attacks on execution of sentence properly raised in § 2241 petition) and Youngworth v. United States Parole Commission, 728 F. Supp. 384, 388 (W.D.N.C. 1990). The Court therefore treated his filing as a Petition under that statute. However, in a § 2241 action challenging the execution of the sentence of a petitioner in physical custody within the United States, the petition should be filed in the district court of the district where the petitioner is in custody. See Kanai v. McHugh, 638 F.3d 251, 255 (4th Cir. 2011) (citing Rumsfeld v. Padilla, 542 U.S. 426, 446-47 (2004)). As stated above, Petitioner is incarcerated in the District of Massachusetts. Accordingly, Petitioner should seek the proper forms from the Clerk of that district and file

any § 2241 petition there.[1]  The address for the Clerk is: 1 Courthouse Way, Boston, MA 02210.  Petitioner's request for counsel will be denied, but he may request counsel in any refiling in the proper district.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation of dismissal with permission to file a new petition in the proper district.

IT IS THEREFORE ORDERED that Petitioner's request for an appointment of counsel is denied and that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE RECOMMENDED that this action be dismissed *sua sponte* without prejudice to Petitioner filing in the proper district.

This, the 13th day of March, 2020.

_____
Joe L. Webster
United States Magistrate Judge

---

[1] To any extent that Petitioner seeks to challenge his conditions of confinement, that case would also have to be filed in his district of confinement.  If he seeks instead to challenge his sentence or conviction, he should instead file under 28 U.S.C. § 2255 in his district of conviction.